

# Fourth Court of Appeals
## San Antonio, Texas

November 6, 2014

No. 04-14-00707-CV

Melissa **BROQUET** and John Broquet,
Appellants

v.

**WALTER MORTGAGE COMPANY**,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-12-60-A
Judge Robert Blackmon, Judge Presiding

## C O R R E C T E D   O R D E R

The Appellant's Motion for Extension of Time to File Notice of Appeal is GRANTED. The Appellee's Motion to Dismiss Appeal is DENIED.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of November, 2014.

_____
Keith E. Hottle
Clerk of Court